01-15-00813-CV

Filed on 9/24/2015 10:16:05 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 10:21:44 AM
CHRISTOPHER A. PRINE
Clerk

September 24, 2015

1ˢᵗ Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1044385
Trial Court Number: Three (3)

**Style:**

MARIATU SUMAH                    VS.    SALUSTIA RODRIGUEZ, PANFILO
                                         RODRIGUEZ, AND DANIEL RODRIGUEZ

**APPELLANT(S)**                        **APPELLEE(S)**

**Judge:** LINDA STOREY

**Appellant(s) Attorney:**              **Appellee(s) Attorney:**
Steven S. Reilley, No. 00791502         Paul T. Bowers, No. 24078247
600 Travis, Suite 7350                  9894 Bissonnet Street, Suite 110
Houston, Texas 77002                    Houston, Texas 77036
Phone: (713) 658-0880                   Phone: (713) 225-1166
Fax: (713) 658-0330                     Fax: (713) 255-1169
E-Mail: sreilley@thompsonreilley.com    E-Mail: N/A

Mariatu Sumah, appellant, filed a Notice of Appeal on September 17, 2015 from the Final Judgment that was signed on March 3, 2015.

The Clerk's Record is due to your office on or before May 29, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

CCCL-2015-327474

1

FILED
9/17/2015 2:12:00 PM
Stan Stanart
County Clerk
Harris County

CAUSE NO. 1044385

| | | |
|---|---|---|
| SALUSTIA RODRIGUEZ, PANFILO RODRIGUEZ, ISODORO RODRIGUEZ, AND DANIEL RODRIGUEZ, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § | |
| VS. | § § | AT LAW NO. THREE (3) |
| MARIATU SUMAH, | § | |
| Defendant. | § § § | HARRIS COUNTY, T E X A S |

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, Defendant/Appellant Mariatu Sumah files this Notice of Appeal to either the First Court of Appeals or the Fourteenth Court of Appeals. Appellant desires to appeal from the March 30, 2015 Order on Plaintiff's Motion for Default Judgment rendered against Appellant by the County Court at Law No. Three (3) of Harris County, Texas.

This is a restricted appeal. Mariatu Sumah is a party affected by the trial court's March 30, 2015 default judgment but did not participate in person or through counsel at the hearing that resulted in the default judgment. Appellant did not file a Motion for New Trial or other postjudgment motion or a notice of appeal, and she did not request findings of fact or conclusions of law.

Respectfully submitted,

THOMPSON & REILLEY, P.C.


By:      */s/ Steven S. Reilley*
         Steven S. Reilley
         State Bar No. 00791502
         Elizabeth Thomas Doyle
         State Bar No. 24051244
         600 Travis, Suite 7350
         Houston, Texas 77002
         Telephone: (713) 658-0880
         Facsimile: (713) 658-0330
         sreilley@thompsonreilley.com
         edoyle@thompsonreilley.com

ATTORNEYS FOR APPELLANT MARIATU SUMAH


## CERTIFICATE OF SERVICE

A true copy of the foregoing was served by fax, and/or by certified U.S. Mail, postage prepaid, return receipt requested, and/or by hand-delivery to the following on September 17, 2015:

Mr. Paul Bowers
9894 Bissonnet Street, Suite 110
Houston, Texas 77036
COUNSEL FOR PLAINTIFFS


            */s/ Steven S. Reilley*
              Steven S. Reilley

2015098-1406.0073

3

FILED
3/2/2015 12:00:00 AM
Stan Stanart
County Clerk
Harris County

**CAUSE NO. 1044385**

| | | |
|---|---|---|
| SALUSTIA RODRIGUEZ, | § | IN THE COUNTY COURT |
| PANFILO RODRIGUEZ, | § | |
| ISIDORO RODRIGUEZ, | § | |
| and DANIEL RODRIGUEZ | § | |
| Plaintiff. | § | |
| | § | |
| | § | AT LAW NUMBER 3 |
| V. | § | |
| | § | |
| MARIATU SUMAH | § | |
| Defendant. | § | HARRIS COUNTY, TX |

## DEFAULT JUDGMENT

On this day, the court heard Plaintiff's Motion for Default Judgment against Defendant Mariatu Sumah.

1. The Plaintiff appeared in person and by and through Plaintiff's attorney of record.

2. Defendant, Mariatu Sumah, was duly served of process on June 7, 2014, however, Defendant failed to appear on her behalf, but wholly made default.

3. The Court finds that the citation with the officer's return has been on file more than ten (10) days exclusive of this date and the day of service, accordingly the Defendant has been properly served with citation of this lawsuit.

4. The Court therefore finds that the Plaintiff ought to recover of and from the Defendant the sum of $100,000.00 and that costs of suit be taxed against Defendant.

5. The Court further finds that Plaintiff is entitled to such other and further relief at law or in equity to which Plaintiff may show himself justly entitled.

It is therefore, ORDERED, ADJUDGED AND DECREED by this Court that Plaintiff, Salustia Rodriguez. Panfilo Rodriguez, Isidoro Rodriguez and Daniel Rodriguez. should have and recover of the Defendant, Mariatu Sumah, the sum of $100,000.00 together with all costs expended in this behalf, plus interest at the rate of 5% from entry of judgment and that execution issue.

Signed this the _3º_ day of _March_ 2015

_____
Judge Presiding

APPROVED AS TO FORM

Paul T. Bowers
Attorney for Plaintiff
State Bar No. 24078247
9894 Bissonnet St., Suite 110
Houston, Texas 77036
713-255-1166 – Phone
713-255-1169 – Fax

Torres v Marin
Default Judgment – Order

4